**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1850**

_____

DEXTER J. SCOTT,

        Plaintiff - Appellant,

      v.

UNITED STATES OF AMERICA; INTERNAL REVENUE SERVICE, IRS Agents any/all; DAVID A. HUBBERT, Deputy Assistant Attorney General; DEPARTMENT OF TREASURY; COMMISSIONER OF INTERNAL REVENUE,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:23-cv-00566-D-BM)

_____

Submitted:  February 27, 2025                     Decided:  March 3, 2025

_____

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Dexter J. Scott, Appellant Pro Se.  Michael J. Haungs, Supervisory Attorney, Carl D. Wasserman, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dexter J. Scott appeals the district court's order dismissing without prejudice Scott's complaint for lack of subject matter jurisdiction and failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Scott v. United States*, No. 5:23-cv-00566-D-BM (E.D.N.C. Aug. 14, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2